# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

NATIONAL COLLECTORS &
LIQUIDATORS, L.P. and UNITED
JOINT VENTURE,

    Plaintiffs,

v.                                      Case No: 5:93-cv-58-Oc-28PRL

HERBERT O. POWELL, GLORIA L.
POWELL, LAKE JOY AND MAGIC
LAKE PROPERTY OWNER'S
ASSOCIATION, INC., JOHN DOE and
JANE DOE,

    Defendants.

## ORDER

This matter s before the court on Michael Massey's motion to be removed from the docket as counsel of record. (Doc. 128). Mr. Massey was retained by the defendants in 2004 for the specific purpose of dealing with the garnishment of items in a safe deposit box. (Doc. 110). Mr. Massey claims that his representation of the defendants concluded after the safe deposit box issue was resolved. Now, a new issue in this case has arisen regarding a writ of garnishment (Doc. 124) and Mr. Massey asserts that he has not been retained by the defendants to handle the new issue. Accordingly, Mr. Massey's motion to be removed from the docket as counsel of record is GRANTED.

**DONE** and **ORDERED** in Ocala, Florida on October 16, 2020.

- 2 -

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties